## Holzfaster, Caitlin R

| | |
|---|---|
| **From:** | Silva, Ryan T |
| **Sent:** | Sunday, September 15, 2019 9:18 PM |
| **To:** | J███ S████ |
| **Cc:** | ADLScott ADLLevin;Michelle schwartz;Rabbi Rheins;Siegfried, Scott A;Smith, Christopher A;Uhlig, Kevin T███████████@gmail.com;iman@interfaithallianceco.org |
| **Subject:** | Re: Arapahoe County Sheriff's report 19-15950 |

Our deans and administration have worked this weekend to identify the individuals in the photo. The deans and administration will meet tomorrow at 7:30 to ensure that we all proceed in the same manner. We will escort the students from period 1 as they arrive. Security will escort the students from class to their dean. The dean will then question the students. We are required to provide due process and that is included in our plan tomorrow. The team of deans and administration will then review the statements so we can make a decision that is appropriate. We will also read the statements to look for additional students who may have been involved in some way besides those who appear in the photograph. While this process is going on, we communicate with our School Resource Officer. Our SROs are members of the Greenwood Village Police Department. They will likely already have the information from Arapahoe County. If not, they will request information. We do partner with the police, but our decisions do not have to be coordinated. In other words, we may take action and the police may not. We could also both take action. The important takeaway is the school and district do not have to have the support of the police to take action.

When an incident happens off campus, we have to make sure there is a nexus to school. This is the case because our primary function is not to police the community. If we can make a case that there is a nexus to school, we can address a situation that happened away from school. In this case, I feel the learning environment has been impacted.

We must follow policy when making a decision about consequences. For example, if we decide to suspend, we may only suspend up to 5 days. It is possible to request additional time from district leadership, but we are not allowed to suspend for more than 5 days without approval from the superintendent. If we wish to go beyond a suspension, we would make that recommendation to the office of the superintendent. Once a decision is made, we communicate with the teachers of the students so they are aware of the situation.

I certain this is scary for you and your family. It has to be especially impactful for ███. I would be happy to meet with him tomorrow to answer questions he may have. I could meet with him at 8:00 before school starts.

Our country, state and community has seen hate become more mainstream and many populations have been impacted. Fear is never tolerable, but it is even more of a problem when the victims are children. We don't tolerate hate of any group in Cherry Creek and we will address it when it exists. I'm sorry.

Best,
Ryan


Ryan T. Silva
Principal
Cherry Creek High School
720-554-2286

*As members of the Cherry Creek High School community, we value scholarship, leadership, and citizenship. We respect the dignity of all cultures and honor every individual's passion and chosen path toward success.*

1

Exhibit 1 Page 1

From: J███ S██████ <s█████.j█████@gmail.com>
Date: Sunday, September 15, 2019 at 7:58 PM
To: Ryan Silva <rsilva2@CherryCreekSchools.org>
Cc: ADLScott ADLLevin <slevin@adl.org>, Michelle schwartz <mschwartz@jewishcolorado.org>, Rabbi Rheins <RabRheins@sinaidenver.org>, "Siegfried, Scott A" <ssiegfried@CherryCreekSchools.org>, "Smith, Christopher A" <csmith118@cherrycreekschools.org>, Kevin 'Uhlig <kuhlig@CherryCreekSchools.org>, ███ S████ <█████████@gmail.com>, "iman@interfaithallianceco.org" <iman@interfaithallianceco.org>
Subject: Re: Arapahoe County Sheriff's report 19-15950

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Principal Silva

Please explain to me what the plan that is/will be in place tomorrow. What is the process you mentioned in your email?

Thank you
J██ S████

On Sun, Sep 15, 2019 at 7:39 PM Silva, Ryan T <rsilva2@cherrycreekschools.org> wrote:

> Hello I███,
>
> I appreciate you contacting the police about this matter. It does help us. We are able to take action regardless of whether the police are contacted, but it does help. Plus, this incident did take place in the community away from the school. Either way, it does impact our learning environment and we can address the matter.
>
> I have been in communication with Dr. Siegfried and we have a plan in place. We will start our process first thing in the morning. I will call you tomorrow.
>
> Again, thank you for contacting us and law enforcement.
>
> Best,
>
> Ryan
>
> Ryan T. Silva

Principal

Cherry Creek High School

720-554-2286

As members of the Cherry Creek High School community, we value scholarship, leadership, and citizenship. We respect the dignity of all cultures and honor every individual's passion and chosen path toward success.

From: ▮▮▮ S▮▮▮ <▮▮▮▮▮▮▮▮@gmail.com>
Date: Sunday, September 15, 2019 at 6:03 PM
To: Ryan Silva <rsilva2@CherryCreekSchools.org>, "Siegfried, Scott A" <ssiegfried@CherryCreekSchools.org>, "Smith, Christopher A" <csmith118@cherrycreekschools.org>, Rabbi Rheins <RabRheins@sinaidenver.org>, ADLScott ADLLevin <slevin@adl.org>, Michelle schwartz <mschwartz@jewishcolorado.org>, ▮▮ s▮▮▮▮ <s▮▮▮▮.i▮▮▮▮@gmail.com>, "iman@interfaithallianceco.org" <iman@interfaithallianceco.org>
Subject: Arapahoe County Sheriff's report 19-15950

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

All,

You are all aware of the Snapchat image and caption "'me and the boys bout to exterminate the Jews" (attached below) that has been widely circulated throughout the Jewish community this weekend. My family was one of 4 families to file an incident report with the Arapahoe County Sheriff's office. The image generates fear, anger, and sadness for myself, ▮▮, and most importantly ▮▮ who has a class with at least one of the students identified in the picture. How many other's saw the image but were scared to report it?

We have been informed by Araphaoe County Sheriffs Office that the family of the Cherry Creek High School student identified as having taken and shared the original image has refused to acknowledge that the image and text could even be perceived as a threat to Jews. In fact, they doubled down on "what's the big deal" and "why would any one make such a big deal about it". They have failed to admit in no uncertain terms that a threat of exterminating a group of people is never a joke. The student who took a picture and wrote the message now sees himself as victim.

In light of the suspension of 3 Cherry Creek High School students last December for threatening to use assault rifles to shoot the Jews, we are asking the Cherry Creek School District to live your stated values of making the safety and security of our students a priority. Hold a public meeting to address the rise in hate speech and hate crimes in the Cherry Creek community that includes faculty, staff, administration from Cherry Creek High School District, law enforcement from both ACSO and GVPD, the DA's office, clergy, the ADL, Jewish Colorado and the Interfaith Alliance.

As Dr. Siegfried says, "If we don't tell our story, someone else will." The time is now to be proactive as a community to say, together and publicly, that our schools are no place for hate. We have an opportunity for respectful dialogue, to meet people where they are, and figure out how we can move forward. Who will join us?

Finally, ███ has expressed concern about returning to school and classes with students pictured in the anti-Semitic, hate speech Snapchat. We have assured him that he is loved by us, and that the police and DA are working to keep him and his classmates safe. What can message will he receive from his teachers and administrators to know they are taking these threats seriously?

I look forward to a response before ███ heads back to school Monday morning.

I███

I███ S███

303-523-0711