September 16, 2019

Dear Cherry Creek High School Community,

I am reaching out to make you aware of an anti-Semitic social media post made over the weekend in the community involving four Cherry Creek High School students. This happened outside of school and on the weekend. However, we are investigating to determine the impact on the school environment and will take appropriate action. All three students in the photo say they were unaware of the anti-Semitic caption on the post. We are continuing to investigate. A fourth student took the photo, wrote the caption and posted it on Snapchat. Police are aware of the post and are investigating.

We are in communication with the Anti-Defamation League about how best to support students in the wake of this incident. Cherry Creek High School does not tolerate hateful speech or actions. Our responsibility is to keep students safe and to provide a place where students of every race, ethnicity, religion, gender and sexual orientation feel safe, valued and supported.

I share this information with you so that we can all partner to take a stand against hate and to fight for the values that define Cherry Creek High School: acceptance, care, respect for diversity, and learning. Our children need us to serve as the role models who will acknowledge wrong when it happens and support those who are in need.

Sincerely,
Ryan Silva
Principal
Cherry Creek High School


Anna Osborn Dolan
Communications Coordinator
Cherry Creek Schools
4700 S. Yosemite Street, Suite 235
Greenwood Village, CO 80111
720-554-4957
www.cherrycreekschools.org

