**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-03346-RBJ

C1.G., on behalf of his minor son, C.G., the aggrieved party,

    Plaintiff,

v.

SCOTT SIEGFRIED, Superintendent of Cherry Creek School District,
CHRIS SMITH, Chief of Staff for the Educational Services Center of Cherry Creek School District,
RYAN SILVA, Principal of Cherry Creek High School,
KEVIN UHLIG, Assistant Principal at Cherry Creek High School,
BRYNN THOMAS, Dean at Cherry Creek High School, and
CHERRY CREEK SCHOOL DISTRICT NO. 5.,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER [ECF No. 44] of Judge R. Brooke Jackson entered on August 10, 2020, it is

ORDERED that the defendants' motion to dismiss [ECF No. 32] is GRANTED. It is

FURTHER ORDERED that this civil action and all claims therein are dismissed.

Dated at Denver, Colorado this 10th day of August, 2020.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

        By: s/ J. Dynes
                J. Dynes
                Deputy Clerk