IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge R. Brooke Jackson

Civil Action No. 1:19-cv-03346-RBJ

CI.G, on behalf of his minor son, C.G.

    Plaintiff,

v.

SCOTT SIEGFRIED, Superintendent of Cherry Creek School District,
CHRIS SMITH, Chief of Staff for the Educational Services Center of Cherry Creek School District,
RYAN SILVA, Principal of Cherry Creek High School,
KEVIN UHLIG, Assistant Principal of Cherry Creek High School,
BRYNN THOMAS, Dean at Cherry Creek High School, and
CHERRY CREEK SCHOOL DISTRICT NO. 5.

    Defendants.

---

# VERDICT FORM

We the jury unanimously answer the questions posed by the Court as follows:

## CLAIM 1: First Amendment

We the jury, upon our oaths, unanimously find that

__✓__ The District violated Plaintiff's First Amendment rights.

_____ The District did not violate Plaintiff's First Amendment rights.

### CLAIM 2: Due Process

We the jury, upon our oaths, unanimously find that

__✓__ The District violated Plaintiff's Due Process rights

_____ with respect to the initial five-day suspension.

__✓__ with respect to the five-day extension of the suspension.

__✓__ with respect to the eleven-day extension.

_____ The District did not violate Plaintiff's Due Process rights.

### Damages:

If you find above that the District violated Plaintiff's First Amendment or Due Process rights, then please enter an amount of damages below. If you find above that the District did not violate Plaintiff's First Amendment or Due Process rights, then leave the amount of damages blank.

Amount of damages: $135,500

Dated 12/8/2023

