**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-03346-RBJ

CI.G, on behalf of his minor son, C.G.

      Plaintiff,

v.

SCOTT SIEGFRIED, Superintendent of Cherry Creek School District,
CHRIS SMITH, Chief of Staff for the Educational Services Center of Cherry Creek School District,
RY AN SILVA, Principal of Cherry Creek High School,
KEVIN UHLIG, Assistant Principal of Cherry Creek High School,
BRYNN THOMAS, Dean at Cherry Creek High School, and
CHERRY CREEK SCHOOL DISTRICT NO. 5.

      Defendants.

---

**JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Judgment is hereby entered.

This action was initially tried before a jury of eight duly sworn to try the issues herein with Senior United States District Judge R. Brooke Jackson presiding. The parties at the time of trial were Curtis Georg, the plaintiff, and the Cherry Creek School District No. 5 and its governing board, the Board of Education for the Cherry Creek School District, collectively "the District," defendant. During the course of the trial two jurors were excused for cause, resulting in a jury of six persons. The jury rendered its verdict. Consistent with that verdict It is now

ORDERED that judgment is entered in favor of the plaintiff, Curtis Georg, and against the District as to the plaintiff's First Amendment claim and the plaintiff's Due Process claim, and damages are awarded to the plaintiff against the District in the amount of $135,500.00. It is

FURTHER ORDERED that as the prevailing party the plaintiff is awarded costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 11th day of December, 2023.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/   M. Smotts
_____

M. Smotts
Deputy Clerk

APPROVED BY THE COURT:
s/ R. Brooke Jackson
_____
United States District Judge